| Attorney or Party without Attorney: <br> Edward Y. Kroub <br> Mizrahi Kroub LLP <br> 200 Vesey Street, 24th Floor <br> New York, NY 10281 <br> Telephone No: 212-595-6200   FAX No: 212-595-9700 | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | | | | |
| Plaintiff: Yensy Contreras, et al. | | | | |
| Defendant: Spiraflex, Inc. | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV00014JMF |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet, Class Action Complaint for Violations of the Americans with Disabilities Act of 1990 and New York City Human Rights Law.

3. a. Party served:  Spiraflex, Inc.
   b. Person served:  Nancy Dougherty, Person Authorized to Accept

4. Address where the party was served:  New York Department of State
   1 Commerce Plaza
   99 Washington Ave, 6th Floor
   Albany, NY 12231

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Apr. 06, 2022 (2) at: 1:45PM

7. *Person Who Served Papers:*   Fee for Service:
   a. Edward J. Bowmaker
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. *I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE
Summons & Complaint

*Edward Bowmaker*
(Edward J. Bowmaker)

edykro.231780