UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
YENSY CONTRERAS, *individually and on behalf of all* :
*others similarly situated*, :
:
                Plaintiff, :      22-CV-0014 (JMF)
:
    -v- :      <u>ORDER</u>
:
SPIRAFLEX, INC., :
:
                Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's January 5, 2022 Order, ECF No. 5, Plaintiff was required to file a letter, the contents of which are described therein, no later than 100 days after the date of that Order. To date, Plaintiff has not filed the required letter. As a courtesy, Plaintiff's deadline is hereby EXTENDED, *nunc pro tunc*, to **May 2, 2022**.

      SO ORDERED.

Dated: April 25, 2022
       New York, New York
                                              JESSE M. FURMAN
                                     United States District Judge